SORG et al., Appellants, v. WELLS, Respondent.

(144 N. W. 918.)

**Appeal—Briefs—No Assignments of Error—Affirmance.**

Where appellant's brief ·contains no assignments of error, there is nothing for consideration by the appellate court; and the judgment will be affirmed.

(Opinion filed January 12, 1914.)

Appeal from Circuit Court, Spink County. Hon. ALVA E. TAYLOR, Judge.

Action by S. Jennie Sorg and others against William Wells. From a judgment for defendant, and from an order denying a new trial, plaintiffs, appeal. Affirmed.

See, also, 32 S. D. 157, 142 N. W. 179.

*M. Moriarty,* for Appellants.

*Sterling and Clark,* for Respondent.

WHITING, J. We gather from appellants' brief that the appeal herein is from the judgment of the trial court, and also from an order denying a new trial. The purported bill of exceptions herein was by this court, upon motion of respondent, stricken from the record. There is left nothing upon which the order denying a new trial can be reviewed. Appellant's brief contains no assignments of erors, and thus presents no matter for our consideration; furthermore, the discussion contained in their brief relates entirely to matters that could only be considered upon a record properly settled by the trial court.

The judgment and order appealed from are affirmed.